IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JOHN AGUAYO, SR.; DENIS AGUAYO and
JOHN AGUAYO, JR.,

      Plaintiffs,

vs.                                      No. CIV 14-0400 JB/KBM

AMCO INSURANCE COMPANY,

      Defendant.

## FINAL JUDGMENT

**THIS MATTER** comes before the Court on its Memorandum Opinion and Order, filed October 31, 2014 (Doc. 42)("MOO"). In the MOO, the Court remanded this case to the State of New Mexico First Judicial District Court, County of Santa Fe, State of New Mexico. The Court now enters final judgment.

**IT IS ORDERED** that this case is remanded to the State of New Mexico First Judicial District Court, County of Santa Fe, State of New Mexico, and final judgment is entered.

                                                    _____
                                                  UNITED STATES DISTRICT JUDGE

*Counsel*:

Matthew L. Garcia
Mary E. Schmidt-Nowara
Garcia Ives Nowara LLC
Albuquerque, New Mexico

      *Attorneys for the Plaintiffs*

- 2 -

David M. Wesner
Dixon, Scholl & Bailey, PA
Albuquerque, New Mexico

--and--

Gregory L. Biehler
Jill M. Collins
Beall & Biehler
Albuquerque, New Mexico

--and--

Lisa E. Pullen
Civerolo, Gralow, Hill & Curtis, PA
Albuquerque, New Mexico

       *Attorneys for the Defendant*